IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DON L. MCGLONE** | : | CIVIL ACTION NO. 1:10-cv-1409 |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **LAST MILE INC.,** *t/d/b/a* | : | |
| *Sting Communications* | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is an October 5, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 23rd day of October 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 66).

2) The above-caption action is dismissed and the Clerk of Court shall close the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania